IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARKEIA LOVE**                                                                                          **PLAINTIFF**

v.                             Case No. 4:23-cv-01027-LPR

**WORLDWIDE FLIGHT SERVICES INC. and**
**KATHY MCKEVER**                                                                                    **DEFENDANTS**

## ORDER

Plaintiff Markeia Love filed this action *pro se*.[1]  After reviewing Ms. Love's Complaint, the Court issued an Order on November 17, 2023, explaining that the Complaint was deficient for failure to state a claim.[2]  The Court gave Ms. Love 45 days to file an Amended Complaint and warned her that the failure to do so would likely result in the dismissal of her case.[3]  Ms. Love has not complied with or otherwise responded to the Court's Order, and the time for doing so has expired.  Therefore, all claims in this case are now dismissed without prejudice pursuant to the Court's November 17, 2023 Order.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order, the November 17, 2023 Order, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 5).

[3] *Id*. at 3.