IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARKEIA LOVE**                                                                              **PLAINTIFF**

**v.**                              **Case No. 4:23-cv-01027-LPR**

**WORLDWIDE FLIGHT SERVICES INC. and**
**KATHY MCKEVER**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 12th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE